EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHAUNCEY RUSSO AND RASALIA RUSSO, Individually and as Trustees of the CHAUNCEY AND ROSALIA FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01670 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS CHAUNCEY RUSSO AND RASALIA RUSSO, INDIVIDUALLY AND AS TRUSTEES OF THE CHAUNCEY AND ROSALIA FAMILY TRUST,** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust, and Defendant

2057206.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Chauncey Russo and Rasalia Russo,
Individually and as Trustees of the Chauncey and Rosalia Family Trust - 1**

Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust, as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2057206.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust - 2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2057206.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust - 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CHAUNCEY RUSSO AND RASALIA RUSSO, Individually and as Trustees of the CHAUNCEY AND ROSALIA FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01670 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS CHAUNCEY RUSSO AND RASALIA RUSSO, INDIVIDUALLY AND AS TRUSTEES OF THE CHAUNCEY AND ROSALIA FAMILY TRUST,** |

THIS MATTER coming on the motion of Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   _Ronald M. Whyte_

---

2057206.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Chauncey Russo and Rasalia Russo, Individually and as Trustees of the Chauncey and Rosalia Family Trust - 4**